1  David Farkas (Bar No. CA-257137)
   David.Farkas@dlapiper.com
2  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
3  Suite 400 North Tower
   Los Angeles, California 90067-4704
4  Tel:  310.595.3000
   Fax:  310.595.3300
5
   Attorneys for Plaintiff
6  GIB, LLC

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GIB, LLC, a California limited liability        CASE NO.  2:13-CV-07191-R-
    company, ,                                      MRWX
12                          Plaintiff,
                                                    **STIPULATION AND
13         v.                                       ORDER OF
                                                    DISMISSAL**
14  SALON WARE, INC. a foreign
    corporation, ,                                  Judge:   Hon. Manuel L. Real
15                          Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

1    It IS HEREBY STIPULATED and agreed by and between the parties herein,
2    that, subject to the Court's approval, the within action filed by Plaintiff and Cross-
3    Defendant GIB, LLC ("GIB") against Defendant and Cross-Complainant
4    Salonware, Inc. ("Salonware") and the cross-complaint filed by Salonware, Inc.
5    against GIB shall each be dismissed with prejudice pursuant to Rule 41(a)(2), with
6    each of the parties to bear their own attorneys' fees and costs.

Dated:  July 31, 2019

                              DLA PIPER LLP (US)


                              By: /s/ David Farkas
                                   David Farkas
                                   Attorneys for Plaintiff and Cross-
                                   Defendant GIB, LLC


Dated:  July 31, 2019

                              HEMAR, ROUSSO & HEALD, LLP


                              By: _____
                                   Irwin M. Wittlin
                                   Attorneys for Defendant and Cross-
                                   Complainant SALONWARE, INC.


IT IS SO ORDERED.

Dated this 5th day of August 2019

                              _____
                              Honorable R. Gary Klausner
                              United States District Judge